# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKI MONTGOMERY aka NIKI BORDNER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MID AMERICA CREDIT BUREAU,<br><br>　　　　　Defendant. | Civil No. 06cv1230 L(LSP)<br><br>**ORDER GRANTING STIPULATION; DISMISSING ACTION WITH PREJUDICE; and CLOSING CASE**<br><br>**[doc. #9]** |

　　Good cause appearing, the parties' stipulation for dismissal of the above-captioned case with prejudice is **GRANTED**. The Clerk of the Court is directed to close this case.

　　**IT IS SO ORDERED.**

DATED: January 30, 2008

　　　　　　　　　　　　　　　　　　　　_M. James Lorenz_
　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL